| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | )§: | |
| COUNTY OF ALLEN | ) | CAUSE NO.: |
| | | |
| MICHELLE GENITEMPO, | ) | 02D03-17 01-CT-000042 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PARKVIEW HOSPITAL | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff, Michelle Genitempo, by counsel, Samuel L. Bolinger, and files her Complaint for Damages against Defendant, Parkview Hospital, and alleges and states:

1. This is a complaint for damages, pursuant to Title VII of the Civil Rights Act of 1964, as amended, and for the Americans with Disability Act of 1990, as amended ("ADA").

2. Plaintiff, Michelle Genitempo, is an adult female resident of Fort Wayne, Allen County, Indiana, who was employed by Defendant Parkview Hospital for time herein as a Lab Support Service Technician.

3. Defendant is a hospital authorized to do business in the state of Indiana, and does so at 2200 Randallia Drive, Fort Wayne, Allen County, Indiana 46805, and was Plaintiff's employer for all times herein and employs 1,000 plus employees in each and every calendar year and is engaged in business that constitutes interstate commerce and is subject to Title VII and ADA.

4. Plaintiff was hired by Defendant in August 2013.

5. Plaintiff's lab manager was Mark Gillespie (male).

6. The Plaintiff filed charge of discrimination on June 19, 2016, which a copy is attached as Exhibit A.

7. The EEOC issued a Right to Sue on December 8, 2016, which a copy is attached as Exhibit B.

8. Said Complaint is timely filed.

9. Plaintiff alleges against Defendant:

   a. In February 2014 Plaintiff was restricted to "lab only" due to her pregnancy;

   b. Defendant did not honor Plaintiff's restrictions and Plaintiff miscarried in March 2014;

   c. Plaintiff returned to work for Defendant in May 2015 and was called "dumb" and "stupid" by her supervisor;

   d. In addition, Plaintiff was talked down by management and treated badly by Plaintiff's co-workers;

   e. In August 2015, Plaintiff was taken off work by her treating physician and released to return to work in January 2016;

   f. Plaintiff's physician's restriction released Plaintiff to return to work on January 22, 2016 with the restrictions of a different facility and department, and no patient care;

   g. Plaintiff was given 60 days by Defendant to find a suitable position, after which time Plaintiff would be terminated; and

   h. Plaintiff was terminated on March 22, 2016.

10. Plaintiff alleges she was discriminated against due to her sex (female), pursuant to Title

VII an because of her disability, pursuant to the ADA.

11. As a result of the above described conduct, Plaintiff suffered loss of her job, job related benefits, suffered mental anguish, stress, humiliation, embarrassment and other injuries yet to be determined.

WHEREFORE, Plaintiff seeks compensatory damages, punitive damages and reasonable attorney's fees, and for all other just and proper relief.

## JURY DEMAND

Pursuant to Indiana Trial Rule, Plaintiff seeks a trial by jury in this cause.

Respectfully submitted,

*/s/ Samuel L. Bolinger*

Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel: 260.407.0040
Fax: 260.407.0039
Counsel for Plaintiff

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 846-2016-18289 |

Indiana Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Michelle Genitempo | (260) 417-8420 | 11-19-1973 |

Street Address: 5119 Fairfield Ave, Fort Wayne, IN 46807

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PARKVIEW HOSPITAL | 500 or More | (260) 373-4000 |

Street Address: 2200 Randallia, Fort Wayne, IN 46805

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-28-2014   Latest: 01-31-2016
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Parkview Health in August 2013 as Lab Support Service Technician. My immediate supervisor was Mark Gillespie.

In February 2014 I was restricted to "lab only" due to pregnancy. Because Parkview did not honor my restrictions, I miscarried in March 2014. I returned to work in May 2015, and was called "dumb" and "stupid" by my supervisor. I was talked down to by management, and treated badly by my coworkers. In August 2015 I was taken off work by my treating physician and released to return to work in January 2016. My doctor released me to return to work on January 22, 2016 with the restrictions of a different facility and department; and no patient care. Parkview gave me 30 days to find a suitable position, after which time I would be terminated. I was terminated on March 22, 2016.

I believe that I was discriminated against due to my sex, female, in violation of Title VII of the Civil

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 9-9-16   Charging Party Signature: [signed] Michelle Genitempo

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 846-2016-18289 |

Indiana Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

Rights Act of 1964, as amended; and because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6-9-16    *Michelle M. [signature]*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 161-B (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Michelle Genitempo<br>5119 Fairfield Ave<br>Fort Wayne, IN 46807 | From: | Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2016-18289 | Frederick J. BruBaker,<br>Supervisor | (317) 226-7350 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Michelle F. Eisele,
Director

DEC 8 2016
(Date Mailed)

Enclosures(s)

cc: Kari McNamara
Human Resources Manager
Parkview Health
11109 Parkview Plaza Drive
Fort Wayne, IN 46845

**EXHIBIT B**