UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| MICHELLE GENITEMPO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:17-CV-00093-RL-SLC |
| | ) | |
| PARKVIEW HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to the dismissal of all claims in this action, with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

December 6, 2017

/s/   Samuel L. Bolinger
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel:  260.407.0040
Fax:  260.407.0039
Email:  slbolingerlaw.com
Counsel for Plaintiff
Michelle Genitempo

/s/   Robert D. Moreland
Robert D. Moreland, #14310-02
Rob Moreland, Attorney at Law
P.O. Box 362
Angola, IN 46703
Tel:  260.527.4800
Fax:  260.527.4801
Email:  rob@robo-lawyer.com
Counsel for Defendant
Parkview Hospital